Exhibit 2

US00D853642S

(12) **United States Design Patent**     (10) Patent No.:        **US D853,642 S**
Coulton et al.                           (45) Date of Patent:     ** *Jul. 9, 2019

(54) **HAIR STYLING AND HAIR CARE APPARATUS**

(71) Applicant: **Dyson Technology Limited**, Wiltshire (GB)

(72) Inventors: **Robert Mark Brett Coulton**, Bristol (GB); **Daniel John Thompson**, Bristol (GB); **Christopher Daniel Currer Wilkinson**, Swindon (GB); **Andrea Ee-Va Lim**, Bristol (GB); **Peter David Gammack**, Gloucester (GB); **Stephen Benjamin Courtney**, Gloucester (GB); **Alexander Stuart Knox**, Swindon (GB); **Jeremy Adam Tomas Ellis-Gray**, Dursley (GB); **Jonathan James Harvey Heffer**, Swindon (GB); **Annmarie Rita Nicolson**, Bristol (GB); **Nicholas Giles Wilkins**, Gloucester (GB)

(73) Assignee: **Dyson Technology Limited**, Malmesbury, Wiltshire (GB)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/627,749**

(22) Filed: **Nov. 29, 2017**

(30) **Foreign Application Priority Data**

May 30, 2017    (EM) ........................ 004024057-0001

(51) **LOC (11) Cl.** ............................................. **28-03**
(52) **U.S. Cl.**
USPC ......................................................... **D28/18**
(58) **Field of Classification Search**
USPC ....... D28/13, 35, 37, 18, 10, 12, 15, 24, 25; D32/31, 21, 25; 34/96–98; 132/271; 239/135, 128, 270

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D256,280 S     8/1980   Haase
D256,846 S     9/1980   Haase
(Continued)

FOREIGN PATENT DOCUMENTS

EM       001066666-0003       1/2009
JP            D678382         5/1986
(Continued)

OTHER PUBLICATIONS

"Brushing 1000 Mod. 8090," Saison Design 91/92, Nov. 28, 1991; 2 pages.

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Rebecca Tsehaye
(74) *Attorney, Agent, or Firm* — Morrison & Foerster LLP

(57)          **CLAIM**

We claim the ornamental design for a hair styling and hair care apparatus, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a hair styling and hair care apparatus showing our new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a side view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a front view thereof; and,
FIG. **7** is a rear view thereof.
The view opposite the side view of FIG. **3** is identical to FIG. **3**, and therefore, is omitted.

**1 Claim, 7 Drawing Sheets**



## US D853,642 S

Page 2

**(58) Field of Classification Search**
CPC ........ A45D 20/12; A45D 20/00; A45D 20/10;
A45D 20/04; A45D 20/08; A45D 20/122;
A45D 1/04; A45D 4/04; A45D 4/00;
A45D 4/08; A45D 4/10; A45D 4/12;
A45D 6/02; A45D 6/00; A45D 6/20;
A45D 7/00; A45D 7/02
See application file for complete search history.

**(56)**        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,232,454 A | 11/1980 | Springer | |
| D259,665 S | * | 6/1981 | Cousins | D28/13 |
| D277,417 S | | 1/1985 | Wistrand | |
| D294,743 S | | 3/1988 | Seki et al. | |
| D322,892 S | | 1/1992 | Kwok-Fai Au | |
| 5,157,757 A | | 10/1992 | McDougall | |
| D386,816 S | | 11/1997 | Seifert | |
| D398,073 S | | 9/1998 | Kip | |
| D398,074 S | | 9/1998 | Nosenchuck | |
| D409,796 S | | 5/1999 | Moreno | |
| D425,663 S | | 5/2000 | Greubel et al. | |
| D439,012 S | | 3/2001 | McCurrach | |
| D439,701 S | | 3/2001 | Engelen | |
| D448,115 S | | 9/2001 | White | |
| D457,730 S | | 5/2002 | McCurrach | |
| 6,460,272 B2 | | 10/2002 | Cheng | |
| D476,443 S | | 6/2003 | Ohta et al. | |
| 6,662,811 B2 | | 12/2003 | Mugge et al. | |
| D506,030 S | | 6/2005 | Lai | |
| D510,192 S | | 10/2005 | Kampel et al. | |
| 6,962,159 B1 | | 11/2005 | Adam | |
| 7,096,598 B1 | | 8/2006 | Myatt | |
| D557,017 S | | 12/2007 | Kampel et al. | |
| D609,857 S | | 2/2010 | Schmitz | |
| D676,600 S | | 2/2013 | Thrasher, Jr. | |
| D700,018 S | | 2/2014 | Thrash | |
| D754,313 S | | 4/2016 | Ellis et al. | |
| D775,418 S | | 12/2016 | Stephens et al. | |
| D775,419 S | | 12/2016 | Stephens et al. | |
| D776,345 S | | 1/2017 | Tang | |
| D782,731 S | * | 3/2017 | Smith | D28/13 |
| D782,732 S | * | 3/2017 | Smith | D28/13 |
| D782,733 S | * | 3/2017 | Smith | D28/13 |
| D782,734 S | | 3/2017 | Sutter et al. | |
| D790,785 S | | 6/2017 | Courtney et al. | |
| D791,407 S | * | 7/2017 | Smith | D28/13 |
| D798,502 S | | 9/2017 | Smith et al. | |
| D800,454 S | * | 10/2017 | Mathieu | D4/102 |
| 9,808,067 B2 | * | 11/2017 | Sutter | A45D 20/10 |
| D810,927 S | | 2/2018 | Ross et al. | |
| D811,009 S | | 2/2018 | Smith et al. | |
| D814,130 S | | 3/2018 | Taub | |
| D815,837 S | | 4/2018 | Zhou | |
| D817,643 S | | 5/2018 | Valle et al. | |
| 9,986,810 B2 | * | 6/2018 | Bobillier | A45D 20/08 |
| D823,004 S | | 7/2018 | Kuo | |
| D823,005 S | | 7/2018 | Kuo | |
| 10,021,951 B2 | * | 7/2018 | Bobillier | A45D 20/12 |
| 10,028,574 B2 | | 7/2018 | Rennette | |
| 2014/0083446 A1 | | 3/2014 | Julemont et al. | |
| 2016/0166033 A1 | * | 6/2016 | Kerr | A45D 20/10 34/97 |
| 2016/0166035 A1 | * | 6/2016 | Douglas | A45D 20/12 34/97 |
| 2016/0206075 A1 | * | 7/2016 | Stephens | A45D 20/12 |
| 2016/0206076 A1 | * | 7/2016 | Stephens | A45D 20/10 |
| 2016/0206077 A1 | * | 7/2016 | Stephens | A45D 20/12 |
| 2016/0338464 A1 | | 11/2016 | Wilkinson | A45D 20/10 |
| 2016/0338465 A1 | | 11/2016 | Wilkinson | A45D 20/10 |
| 2017/0112256 A1 | | 4/2017 | Bobillier | A45D 20/08 |
| 2017/0164709 A1 | * | 6/2017 | Laveni | A45D 20/10 |
| 2017/0273422 A1 | * | 9/2017 | Heffer | A45D 1/04 |
| 2017/0273425 A1 | | 9/2017 | Stephens et al. | |
| 2017/0273428 A1 | | 9/2017 | Nicolson et al. | |
| 2017/0273429 A1 | | 9/2017 | Nicolson et al. | |
| 2017/0273431 A1 | | 9/2017 | Courtney et al. | |
| 2018/0055181 A1 | * | 3/2018 | Spark | A45D 2/24 |
| 2018/0055184 A1 | * | 3/2018 | McVeigh | A45D 20/12 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 63-30902 | 2/1988 |
| JP | 63-30903 | 2/1988 |
| JP | D900961 | 6/1994 |
| JP | D1001665 | 1/1998 |
| JP | D1001666 | 1/1998 |

OTHER PUBLICATIONS

"Brushing 1000 Plus, Mod. 8091," 95/96 Wikdesign, May 23, 1995; 1 page.
"Brushing 1000, Mod. 8090," 91/92 W.I.K. Design, Mar. 2, 1992; 2 pages.
Beauty and Health Catalogue 2003 Spring-Summer, Apr. 1, 2003; 2 pages.
Coulton et al, U.S. Office Action dated Sep. 14, 2018, directed to U.S. Appl. No. 29/627,694; 9 pages.
Coulton et al., U.S. Office Action dated Aug. 31, 2018, directed to U.S. Appl. No. 29/627,665; 8 pages.
Coulton et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,693; 9 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,739; 7 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,752; 7 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,754; 7 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,773; 8 pages.
Coulton et al., U.S. Office Action dated Sep. 10, 2018, directed to U.S. Appl. No. 29/627,690; 7 pages.
Coulton et al., U.S. Office Action dated Sep. 14, 2018, directed to U.S. Appl. No. 29/627,707; 9 pages.
Heffer et al., U.S. Office Action dated Aug. 16, 2018, directed to U.S. Appl. No. 29/627,688; 8 pages.
Heffer et al., U.S. Office Action dated Aug. 16, 2018, directed to U.S. Appl. No. 29/627,712; 8 pages.
Heffer et al., U.S. Office Action dated Aug. 16, 2018, directed to U.S. Appl. No. 29/627,713; 8 pages.
Heffer et al., U.S. Office Action dated Aug. 16, 2018, directed to U.S. Appl. No. 29/627,730; 8 pages.
KRUPS Produkt Programm 1993, Mar. 3, 1993; 2 pages.
Mono Magazine, Jul. 2, 1989; 1 page.
Tappenden et al., U. S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,727; 6 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,660; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,664; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,668; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,671; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,673; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,677; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,678; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,714; 7 pages.
Tappenden et al., U.S. Office Action dated Nov. 14, 2018, directed to U.S. Appl. No. 29/627,741; 7 pages.
Tappenden et al., U.S. Office Action dated Nov. 14, 2018, directed to U.S. Appl. No. 29/627,742; 7 pages.
Tappenden et al., U.S. Office Action dated Nov. 14, 2018, directed to U.S. Appl. No. 29/627,743; 7 pages.

**US D853,642 S**

Page 3

(56)     **References Cited**

OTHER PUBLICATIONS

Tappenden et al., U.S. Office Action dated Nov. 14, 2018, directed to U.S. Appl. No. 29/627,744; 7 pages.
Tappenden et al., U.S. Office Action dated Oct. 1, 2018, directed to U.S. Appl. No. 29/627,717; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,723; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,731; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,733; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,734; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,735; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,700; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,702; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,705; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,706; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,710; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,724; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,725; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,726; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 28, 2018, directed to U.S. Appl. No. 29/627,719; 6 pages.

* cited by examiner



FIG. 1

Case: 1:25-cv-14679 Document #: 1-1 Filed: 12/03/25 Page 6 of 20 PageID #:21



FIG. 2

Case: 1:25-cv-14679 Document #: 1-1 Filed: 12/03/25 Page 7 of 20 PageID #:22



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



US00D852415S

(12) **United States Design Patent** (10) Patent No.: **US D852,415 S**

Coulton et al. (45) Date of Patent: ** ***Jun. 25, 2019**

(54) **HAIR STYLING AND HAIR CARE APPARATUS**

(71) Applicant: **Dyson Technology Limited**, Wiltshire (GB)

(72) Inventors: **Robert Mark Brett Coulton**, Bristol (GB); **Daniel John Thompson**, Bristol (GB); **Andrea Ee-Va Lim**, Bristol (GB); **Peter David Gammack**, Gloucester (GB); **Stephen Benjamin Courtney**, Gloucester (GB); **Alexander Stuart Knox**, Swindon (GB)

(73) Assignee: **Dyson Technology Limited**, Malmesbury, Wiltshire (GB)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/627,707**

(22) Filed: **Nov. 29, 2017**

(30) **Foreign Application Priority Data**

May 30, 2017 (EM) ........................ 004024024-0002

(51) **LOC (11) Cl.** .............................................. **28-03**
(52) **U.S. Cl.**
USPC ........................................................ **D28/18**
(58) **Field of Classification Search**
USPC ......... D28/13, 18, 24, 25, 10, 12; 34/96–98;
132/271; 239/135, 128, 270
CPC ........ A45D 20/12; A45D 20/00; A45D 20/10;
A45D 20/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D256,280 S 8/1980 Haase
D256,846 S 9/1980 Haase

4,232,454 A 11/1980 Springer
D259,665 S * 6/1981 Cousins ........................ D28/13
D277,417 S 1/1985 Wistrand
D322,892 S 1/1992 Au
5,157,757 A 10/1992 McDougall
D386,816 S 11/1997 Seifert
D398,073 S 9/1998 Kip
D398,074 S 9/1998 Nosenchuck
D409,796 S 5/1999 Moreno
(Continued)

OTHER PUBLICATIONS

Coulton et al, U.S. Office Action dated Sep. 14, 2018, directed to U.S. Appl. No. 29/627,694; 9 pages.

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Rebecca Tsehaye
(74) *Attorney, Agent, or Firm* — Morrison & Foerster LLP

(57) **CLAIM**

We claim the ornamental design for a hair styling and hair care apparatus, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a hair styling and hair care apparatus showing our new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a side view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a front view thereof; and,
FIG. **7** is a rear view thereof.
The view opposite the side view of FIG. **3** is a mirror image thereof, and therefore, is omitted.
The broken lines shown in the drawings illustrate portions of a hair styling and hair care apparatus that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**US D852,415 S**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D425,663 | S | 5/2000 | Greubel et al. |
| D439,012 | S | 3/2001 | McCurrach |
| D439,701 | S | 3/2001 | Engelen |
| D448,115 | S | 9/2001 | White |
| D457,730 | S | 5/2002 | McCurrach |
| 6,460,272 | B2 | 10/2002 | Cheng |
| D476,443 | S | 6/2003 | Ohta et al. |
| 6,662,811 | B2 | 12/2003 | Mugge et al. |
| D506,030 | S | 6/2005 | Lai |
| D510,192 | S | 10/2005 | Kampel et al. |
| 6,962,159 | B1 | 11/2005 | Adam |
| 7,096,598 | B1 | 8/2006 | Myatt |
| D557,017 | S | 12/2007 | Kampel et al. |
| D609,857 | S | 2/2010 | Schmitz |
| D676,600 | S | 2/2013 | Thrasher, Jr. |
| D700,018 | S | 2/2014 | Thrash |
| D754,313 | S | 4/2016 | Ellis et al. |
| D775,418 | S | 12/2016 | Stephens et al. |
| D775,419 | S | 12/2016 | Stephens et al. |
| D776,345 | S | 1/2017 | Tang |
| D782,731 | S * | 3/2017 | Smith ............................ D28/13 |
| D782,732 | S * | 3/2017 | Smith ............................ D28/13 |
| D782,733 | S * | 3/2017 | Smith ............................ D28/13 |
| D782,734 | S | 3/2017 | Sutter et al. |
| D790,785 | S | 6/2017 | Courtney et al. |
| D791,407 | S * | 7/2017 | Smith ............................ D28/13 |
| D798,502 | S | 9/2017 | Smith et al. |
| D800,454 | S | 10/2017 | Mathieu |
| 9,808,067 | B2 * | 11/2017 | Sutter .................... A45D 20/10 |
| D810,927 | S | 2/2018 | Ross et al. |
| D811,009 | S | 2/2018 | Smith et al. |
| D814,130 | S | 3/2018 | Taub |
| D815,837 | S | 4/2018 | Zhou |
| D817,643 | S | 5/2018 | Valle et al. |
| 9,986,810 | B2 * | 6/2018 | Bobillier ............... A45D 20/08 |
| D823,004 | S | 7/2018 | Kuo |
| D823,005 | S | 7/2018 | Kuo |
| 10,021,951 | B2 * | 7/2018 | Bobillier ............... A45D 20/12 |
| 10,028,574 | B2 | 7/2018 | Rennette |
| 2014/0083446 | A1 | 3/2014 | Julemont et al. |
| 2016/0166033 | A1 | 6/2016 | Kerr et al. |
| 2016/0166035 | A1 * | 6/2016 | Douglas ................. A45D 20/12 34/97 |
| 2016/0206075 | A1 * | 7/2016 | Stephens ............... A45D 20/12 |
| 2016/0206076 | A1 * | 7/2016 | Stephens ............... A45D 20/10 |
| 2016/0206077 | A1 * | 7/2016 | Stephens ............... A45D 20/12 |
| 2016/0338464 | A1 | 11/2016 | Wilkinson et al. |
| 2016/0338465 | A1 | 11/2016 | Wilkinson et al. |
| 2017/0112256 | A1 * | 4/2017 | Bobillier ............... A45D 20/08 |
| 2017/0164709 | A1 * | 6/2017 | Laveni .................. A45D 20/10 |
| 2017/0273422 | A1 | 9/2017 | Heffer et al. |
| 2017/0273425 | A1 | 9/2017 | Stephens et al. |
| 2017/0273428 | A1 | 9/2017 | Nicolson et al. |
| 2017/0273429 | A1 | 9/2017 | Nicolson et al. |
| 2017/0273431 | A1 | 9/2017 | Courtney et al. |
| 2018/0055181 | A1 * | 3/2018 | Spark ..................... A45D 2/24 |
| 2018/0055184 | A1 * | 3/2018 | McVeigh ............ A45D 20/12 |

OTHER PUBLICATIONS

Coulton et al., U.S. Office Action dated Aug. 31, 2018, directed to U.S. Appl. No. 29/627,665; 8 pages.
Coulton et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,693; 9 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,739; 7 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,749; 7 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,752; 7 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,754; 7 pages.
Coulton et al., U.S. Office Action dated Oct. 30, 2018, directed to U.S. Appl. No. 29/627,773; 8 pages.
Coulton et al., U.S. Office Action dated Sep. 10, 2018, directed to U.S. Appl. No. 29/627,690; 7 pages.
Heffer et al., U.S. Office Action dated Aug. 16, 2018, directed to U.S. Appl. No. 29/627,688; 8 pages.
Heffer et al., U.S. Office Action dated Aug. 16, 2018, directed to U.S. Appl. No. 29/627,712; 8 pages.
Heffer et al., U.S. Office Action dated Aug. 16, 2018, directed to U.S. Appl. No. 29/627,713; 8 pages.
Heffer et al., U.S. Office Action dated Aug. 16, 2018, directed to U.S. Appl. No. 29/627,730; 8 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,727; 6 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,660; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,664; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,668; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,671; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,673; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,677; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,678; 7 pages.
Tappenden et al., U.S. Office Action dated Aug. 8, 2018, directed to U.S. Appl. No. 29/627,714; 7 pages.
Tappenden et al., U.S. Office Action dated Nov. 14, 2018, directed to U.S. Appl. No. 29/627,741; 7 pages.
Tappenden et al., U.S. Office Action dated Nov. 14, 2018, directed to U.S. Appl. No. 29/627,742; 7 pages.
Tappenden et al., U.S. Office Action dated Nov. 14, 2018, directed to U.S. Appl. No. 29/627,743; 7 pages.
Tappenden et al., U.S. Office Action dated Nov. 14, 2018, directed to U.S. Appl. No. 29/627,744; 7 pages.
Tappenden et al., U.S. Office Action dated Oct. 1, 2018, directed to U.S. Appl. No. 29/627,717; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,723; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,731; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,733; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,734; 6 pages.
Tappenden et al., U.S. Office Action dated Oct. 17, 2018, directed to U.S. Appl. No. 29/627,735; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,700; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,702; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,705; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,706; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,710; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,724; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,725; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 27, 2018, directed to U.S. Appl. No. 29/627,726; 6 pages.
Tappenden et al., U.S. Office Action dated Sep. 28, 2018, directed to U.S. Appl. No. 29/627,719; 6 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

Case: 1:25-cv-14679 Document #: 1-1 Filed: 12/03/25 Page 20 of 20 PageID #:35



FIG. 7